# PARK & NGUYEN

Attorneys at Law

1809 Paulding Avenue, 2nd Fl
Bronx, New York 10462
Tel (718) 892-9500
Fax (718) 892-4666
*Email:* [pnguyen@parknguyenlaw.com](mailto:pnguyen@parknguyenlaw.com)

John S. Park*
Peter T. Nguyen~
_____

Andrew J. Levitt~
Darin S. Billig*
    *Of Counsel*
*Admitted in NY & NJ
~Admitted in NY

New Jersey Office:
Nine Commerce Street
Newark, NJ 07102
T&F: (973) 622-1113

April 8, 2026

Hon. Philip Bentley
U.S. Bankruptcy Court
Southern District of NY
One Bowling Green
New York, New York 10004

      Re:    Marko Gojcaj
             BKN: 24-11027

Dear Hon. Bentley:

    Please be advised of Mr. Gojcaj's new address:

        9694 E Ironwood Drive
        Scottsdale, AZ 85258

            Sincerely,

            *Peter Nguyen*

            Peter T. Nguyen

PTN/bi
cc:    Deborah Piazza, Trustee